NORMAN B. HARRINGTON, Respondent, v. HAMILTON B. WILLS & COMPANY, LTD., Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

WILLIAM B. MACDONALD, Respondent, v. HAMILTON B. WILLS & COMPANY, LTD., Appellant.— Order affirmed, with ten dollars costs and disbursements, but without prejudice to the right of the defendant to move at Special Term to be relieved from the terms of the preclusion order, provided the defendant complies with the order heretofore granted, requiring him to furnish a bill of particulars. [See 196 App. Div. 915.] All concur.

NATIONAL FURNITURE COMPANY, Respondent, v. ADOLPH DEUTSCH and Another, Doing Business under the Firm Name of DEUTSCH BROS., Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur, Lambert, J., not sitting.

FIRDNAND FENN, JR., and Others, Appellants, v. GEORGE P. CLARK and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur.

In the Matter of the Application for the Appointment of a Committee of the Person and Property of WILLIAM F. WENDT, an Alleged Incompetent Person, Appellant. MARY WENDT, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur.

J. B. WISE, INC., Respondent, v. HUDSON BRASS WORKS, Appellant.— Order entered May third affirmed, with ten dollars costs and disbursements. All concur.

J. B. WISE, INC., Respondent, v. HUDSON BRASS WORKS, Appellant.— Order entered May eighteenth affirmed, with ten dollars costs and disbursements. All concur.

J. B. WISE, INC., Respondent, v. HUDSON BRASS WORKS, Appellant.— Order entered July twenty-eighth affirmed, with ten dollars costs and disbursements. All concur.

J. B. WISE, INC., Respondent, v. SANIBRASS CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

SARAH M. SIMONS, as Administratrix, etc., of AGNES HEALY, Deceased, Appellant, v. EDWIN E. DORN, Respondent.— Judgment reversed and new trial granted, with costs to appellant to abide event. Held, that the plaintiff made out a case for the jury upon the question of the defendant's negligence in the operation of the car, it appearing that he permitted a twelve-year-old girl to operate the same, and the proof is such as to permit the jury to find that the death of the plaintiff's intestate was caused by the negligence of the defendant. All concur.

In the Matter of the Estate of SAMUEL FELT, Deceased. SAMUEL T. QUINN, Appellant; HATTIE M. FELT and Another, as Executors, etc., and Others, Respondents.— Decree affirmed, with costs. All concur.

MARY A. GOLDEN, as Administratrix, etc., of ADRIAN D. GOLDEN, Deceased, Respondent, v. MARGARET M. GINTY, Appellant.— Judgment and order reversed, with costs, and complaint dismissed, with costs, upon the authority of *Noreen* v. *Vogel & Bros., Inc.* (231 N. Y. 317). All concur.